1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:   (408) 295-9555
4  Facsimile:   (408) 295-6606

5  ATTORNEYS FOR
   Intero Realty, J.L. Realty, Inc., James Chen,
6  Joe Carrero, Zheng Tian, and Rossi, Hamerslough, Reischl & Chuck

The following constitutes
the order of the court. Signed October 19, 2016

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>MARY FONG,<br><br>    Debtor. | Case No. 16-52504<br><br>CHAPTER 13<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**R.S. No.: CGS-1**<br><br>Date: October 18, 2016<br>Time: 10:30 a.m.<br>Location:<br>    United States Bankruptcy Court<br>    Courtroom 3099<br>    280 S. First Street<br>    San Jose, CA 95113<br><br>Judge: Honorable Stephen L. Johnson |

The Court, having read and considered the motion of creditors Intero Realty, J.L. Realty, Inc., James Chen, Joe Carrero, Zheng Tian, and Rossi, Hamerslough, Reischl & Chuck (jointly "Creditors")[1] for an order lifting the automatic stay as to the Debtor Mary Fong ("Debtor") and Debtor's bankruptcy estate so the July 25, 2016 Arbitration Award in

---

[1] The term "Creditors" is often used for Intero Realty, J.L. Realty, Inc., James Chen, Joe Carrero, Zheng Tian, and Rossi, Hamerslough, Reischl & Chuck for simplicity purposes and because all prevailed in the Arbitration Matter with Debtor although only Zheng Tian was scheduled as a creditor.

the matter between Creditors and Debtor entitled Intero Realty, et al, and Mary Fong, JAMS Arbitration Reference No. 1110017210 ("Arbitration Matter") may be finalized, confirmed by the State Court, and rendered into a judgment by the State Court, so the specific performance portion of the Arbitration Award and judgment may be enforced, and so the broker/agent compensation portion of the Arbitration Award and judgment may be enforced through and at escrow ("Motion")(Docket#10), having conducted a preliminary hearing on October 4, 20916 and a continued hearing on the above date and at the above time, having noted on the record any appearances of parties, and having found good cause, does, for the reasons stated on the record, grant the Motion.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is granted;
2. Relief from stay is granted pursuant to 11 U.S.C. 11 U.S.C. 362 (d)(1) and (2) and (e)(1) and (2) as set forth in the Motion.
3. This order shall be binding and effective and shall supercede any subsequently entered order confirming a plan of reorganization, conversion, and/or dismissal of the case; and
4. The provisions of Rule 4001 (a)(3) of Federal Rules of Bankruptcy Procedure are not waived.

***End of Order***

Court Service List

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

3